## Laclede Griffen, Appellant, v. Schubert Coal Company, Appellee.

opinion filed March 15, 1941. Johnson & Johnson, for appellant; Oehmke & Dunham, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."